UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES, <br><br> Plaintiff, <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. ____ <br> ) <br> ) <br> ) <br> ) |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the following corporate disclosure statement is made:

The parent corporation of Liberty Mutual Insurance Company is Liberty Mutual Holding Company, Inc., a Massachusetts corporation.

Respectfully submitted,

Date: _5/16/2005_          _____
                          John A. Lacaire
                          Black, Cetkovic, & Whitestone
                          200 Berkeley Street, 16th Floor
                          Boston, MA 02116