UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. ____ ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, John A. Lacaire, a member in good standing of the bar of this Court, hereby move the Court to admit Peter H. Winslow, an attorney who is not a member of the bar of this Court, to represent the plaintiff in the above-captioned matter. In support of this motion, Mr. Winslow submits the following:

1. He is a member in good standing of the bars of the District of Columbia and the State of Ohio, the United States District Courts for the District of Columbia and the Central District of Illinois, the United States Court of Federal Claims, the United States Courts of Appeals for the Third, Eleventh, District of Columbia and Federal Circuits, the United States Supreme Court and the United States Tax Court. A certificate of good standing from the United States District Court for the District of Columbia is attached.

-1-

2.  He agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before this Court in connection with his pro hac vice representation in this case.

3.  He will comply with the associate counsel requirements of LR. 83.5.3 by associating with John A. Lacaire, an attorney who has been admitted to the bar of this Court under LR. 83.2(b) and (c) and who has entered an appearance in this case.

4.  He can be contacted at the following location: Scribner, Hall & Thompson, LLP, 1875 Eye Street, N.W., Suite 1050, Washington, D.C., 20006, telephone number (202) 434-9164.

WHEREFORE, undersigned counsel respectfully moves to admit Peter H. Winslow pro hac vice to appear before this Court on behalf of the plaintiff in the above-captions matter.

Respectfully submitted,

Date: May 16, 2005

John A. Lacaire
Black, Cetkovic, & Whitestone
200 Berkeley Street Floor 16
Boston, MA 02116

# United States District Court for the District of Columbia

## CLERK'S OFFICE

333 Constitution Avenue, NW
Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**PETER   HOWARD   WINSLOW**

was, on the __2nd__ day of __June__ A.D. __1980__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __9th__ day of __May__, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON**, CLERK

By: _[signature]_
Deputy Clerk