AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

LIBERTY MUTUAL INSURANCE
COMPANY AND SUBSIDIARIES

V.

UNITED STATES OF AMERICA

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 11048 RCL

TO: (Name and address of Defendant)

| | | |
|---|---|---|
| Michael J. Sullivan | Alberto R. Gonzales | Mark W. Everson |
| U.S. Attorney | U.S. Attorney General | Commissioner of Internal Revenue |
| John Joseph Moakley | U.S. Department of Justice | Internal Revenue Service |
| U.S. Courthouse | 950 Pennsylvania Ave., NW | 1111 Constitution Ave., NW |
| 1 Courthouse Way, Suite 9200 | Washington, DC 20539-0001 | Washington, DC 20224 |
| Boston, MA 02210 | | |

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John A. Lacaire
Black, Cetkovic, & Whitestone
200 Berkeley Street Floor 16
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  MAY 18 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 7, 2005 |
| NAME OF SERVER (PRINT) Kendra Kosko | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):    See Below

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/27/05
                  Date

Signature of Server
Kendra Kosko

Address of Server
Scribner, Hall & Thompson, LLP
1875 I Street, N.W.
Suite 1050
Washington, DC 20006-5409

\*Upon Michael J. Sullivan, U.S. Attorney, District of Boston, via certified mail No. 70023150000369983718 return receipt requested in accordance with Fed. R. Civ. P. 4(i)(1)(A) by sending a copy of the summons and complaint to the United States Attorney, John Joseph Moakley, United States Courthouse, 1 Courthouse Way, Boston, MA 02210

\*Upon Albert Gonzales, U.S. Attorney General, via certified mail No. 70023150000369983817 return receipt requested in accordance with Fed. R. Civ. P. 4(i)(1)(B) by sending a copy of the summons and complaint to the U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-001

\*Upon Mark Everson, Commissioner of Internal Revenue, via certified mail No. 70023150000369983800 return receipt requested in accordance with Fed. R. Civ. P. 4(i)(1)(C) by sending a copy of the summons and complaint to the Internal Revenue Service, 111 Constitution Avenue, Washington, DC 20224

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Michael J. Sullivan<br>U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 3150 0003 6998 3718 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Honorable Alberto Gonzales<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 3150 0003 6998 3817 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Received by the Commissioner's Correspondence Office  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mark W. Everson<br>Commissioner of Internal Revenue<br>1111 Constitution Avenue<br>Washington, DC 20224 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>JUN 14 2005<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 3150 0003 6998 3800 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |