UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**ORIGINAL**

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 05-11048 (RCL) |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

NOTICE OF WITHDRAWAL OF COUNSEL

Joseph A. Sergi, the undersigned counsel, hereby gives notice to opposing counsel and Liberty Mutual Insurance Company (LMIC) of his withdrawal per LR 83.5.2 and further states:

1.     Counsel Joseph A. Sergi of the law firm Scribner, Hall & Thompson, LLP was admitted to practice before this Court *pro hac vice* to represent the interest of LMIC.

2     Counsel Joseph A. Sergi has terminated his employment with Scribner, Hall & Thompson, LLP and is joining the Department of Justice, Tax Division.

3.     Counsel Peter H. Winslow of the law firm Scribner, Hall & Thompson, LLP has been admitted to practice before this Court *pro hac vice* and will continue to represent LMIC.

4.     There are no motions pending before the court; no trial date has been set; and no reports, oral or written, are due.

Joseph A. Sergi, is providing this Notice of Withdrawal by filing with the Clerk of Court

and by serving notice on opposing counsel and the client as required by LR 83.5.2(c).

Respectfully submitted,

Joseph A. Sergi
Scribner, Hall & Thompson, LLP
1875 Eye Street, N.W., Suite 1050
Washington, DC  20006
Telephone:  (202) 331-8585
Fax:  (202) 331-2032

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this September 8, 2005, a copy of the foregoing

NOTICE OF WITHDRAWAL OF COUNSEL was caused to be served on the parties below by

first class mail, postage prepaid:

> Stephen J. Turanchik
> U.S. Department of Justice
> P. O. Box 55
> Ben Franklin Station
> Washington, D.C. 20044

JOSEPH A. SERGI