UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 05-11048 (RCL)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, John A. Lacaire, a member in good standing of the bar of this Court, hereby move the Court to admit Samuel A. Mitchell, an attorney who is not a member of the bar of this Court, to represent the plaintiff in the above-captioned matter. In support of this motion, Mr. Mitchell submits the following:

1. He is a member in good standing of the bars of the District of Columbia and the State of Colorado, the United States District Court for the District of Columbia, the United States Court of Federal Claims, the United States Courts of Appeals for the Third and Eleventh Circuits, and the United States Tax Court. A certificate of good standing from the United States District Court for the District of Columbia is attached.

2. He agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before this Court in connection with his pro hac vice representation in this case.

3. He will comply with the associate counsel requirements of LR. 83.5.3 by associating with John A. Lacaire, an attorney who has been admitted to the bar of this Court under LR. 83.2(b) and (c) and who has entered an appearance in this case.

4. He can be contacted at the following location: Scribner, Hall & Thompson, LLP, 1875 Eye Street, N.W., Suite 1050, Washington, D.C., 20006-5409, telephone number (202) 331-8585.

WHEREFORE, undersigned counsel respectfully moves to admit Samuel A. Mitchell pro hac vice to appear before this Court on behalf of the plaintiff in the above-captioned matter.

Respectfully submitted,

Date: 9/13/05

John A. Lacaire
Black, Cetkovic, & Whitestone
200 Berkeley Street Floor 16
Boston, MA 02116
(617) 236-1900

⬥AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__THE__             DISTRICT OF             __MASSACHUSETTS__

LIBERTY MUTUAL INSURANCE
COMPANY AND SUBSIDIARIES,
          Plaintiff,
          v.
UNITED STATES OF AMERICA,
          Defendant.

**APPEARANCE**

Case Number: 1:05-CV-11048 (RCL)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    Plaintiff, Liberty Mutual Insurance Company and Subsidiaries

    Motion for Admission Pro Hac Vice is pending before the Court.

_September 12, 2005_
Date

_Samuel A. Mitchell_
Signature

Samuel A. Mitchell
Print Name                                    Bar Number

1875 Eye Street, N.W., Suite 1050
Address

Washington        D.C.        20006-5409
City              State       Zip Code

(202) 331-8585          (202) 331-2032
Phone Number            Fax Number

# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States

District Court for the District of Columbia, do hereby certify that

**SAMUEL A. MITCHELL**

was, on the 5th day of March A.D. 2001 admitted to practice as an

Attorney at Law at the Bar of this Court, and is, according to the records of this Court,

a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this 9th day of September A.D. 2005



**NANCY M. MAYER-WHITTINGTON**, CLERK

By: _____
Deputy Clerk