UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LIBERTY MUTUAL INSURANCE )
COMPANY AND SUBSIDIARIES, )
                              )
            Plaintiff,        )
                              )
v.                            )   Civil No. 05-11048 (RCL)
                              )
UNITED STATES OF AMERICA,     )
                              )
            Defendant.        )

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, John A. Lacaire, a member in good standing of the bar of this Court, hereby move the Court to admit Gregory K. Oyler, an attorney who is not a member of the bar of this Court, to represent the plaintiff in the above-captioned matter. In support of this motion, Mr. Oyler submits the following:

1. He is a member in good standing of the bars of the District of Columbia, the United State Supreme Court, the United States District Court for the District of Columbia, the United States Courts of Appeals for the District of Columbia and Federal Circuits, the United States Court of Federal Claims, and the United States Tax Court. A certificate of good standing from the United States District Court for the District of Columbia is attached.

2. He agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before this Court in connection with his pro hac vice representation in this case.

3.  He will comply with the associate counsel requirements of LR. 83.5.3 by associating with John A. Lacaire, an attorney who has been admitted to the bar of this Court under LR. 83.2(b) and (c) and who has entered an appearance in this case.

4.  He can be contacted at the following location: Scribner, Hall & Thompson, LLP, 1875 Eye Street, N.W., Suite 1050, Washington, D.C., 20006-5409, telephone number (202) 331-8585.

WHEREFORE, undersigned counsel respectfully moves to admit Gregory K. Oyler pro hac vice to appear before this Court on behalf of the plaintiff in the above-captioned matter.

Respectfully submitted,

Date: 9/13/05

John A. Lacaire
Black, Cetkovic, & Whitestone
200 Berkeley Street Floor 16
Boston, MA 02116
(617) 236-1900

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

THE _____ DISTRICT OF _____ MASSACHUSETTS

LIBERTY MUTUAL INSURANCE
COMPANY AND SUBSIDIARIES,
                Plaintiff,
        v.
UNITED STATES OF AMERICA,
                Defendant.

**APPEARANCE**

Case Number:  1:05-CV-11048 (RCL)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    Plaintiff, Liberty Mutual Insurance Company and Subsidiaries

    Motion for Admission Pro Hac Vice is pending before the Court.

12 Sept 2005
Date

*/s/ Gregory K. Oyler*
Signature

Gregory K. Oyler
Print Name                             Bar Number

1875 Eye Street, N.W., Suite 1050
Address

Washington          D.C.          20006-5409
City                  State             Zip Code

(202) 331-8585          (202) 331-2032
Phone Number                 Fax Number

# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that

## GREGORY K. OYLER

was, on the 6th day of June A.D. 2005 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 9th day of September A.D. 2005



**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _[signature]_
Deputy Clerk

## Certificate of Service

I hereby certify that true copies of the foregoing motions for admission pro hac vice of Samuel A. Mitchell and Gregory K. Oyler were served upon the following attorney of record by mail on September 13, 2005.

Stephen J. Turanchik, Esq.
U.S. Dept. of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

_____
John A. Lacaire

Date: 9/13/05