IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil No. 05-11048-RCL<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION TO EXTEND TIME TO ANSWER

The United States of America, through undersigned counsel, moves to extend the deadline for answering the Complaint for a period of thirty (30) days to and including November 7, 2005. This is the second request for an extension by the United States to answer. The grounds for this motion are Government counsel has not received the administrative file from the Internal Revenue Service, and will require it in order to prepare a meaningful answer. The administrative file has been located, however, government counsel has yet to receive the file.

Government counsel has spoken to counsel for the Plaintiff who has assented to the granting of this motion.

　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen J. Turanchik
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　STEPHEN J. TURANCHIK
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Post Office Box 55
　　　　　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 307-6565
　　　　　　　　　　　　　　　　　　　　　　stephen.j.turanchik@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Assented to Motion to Extend Time to Answer has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 6th day of October:

>Peter Winslow
>Scribner, Hall & Thompson LLP
>1875 Eye Street, NW
>Washington, DC 20006
>
>John A. Lacaire
>Biack, Cetkovic & Whitestone
>200 Berkley Street, Floor 16
>Boston, MA 02116

>/s/ Stephen J. Turanchik
>_____
>STEPHEN J. TURANCHIK
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 307-6565