IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 05-11048-RCL<br>)<br>)<br>)<br>) |

ASSENTED TO MOTION TO EXTEND TIME TO ANSWER

The United States of America, through undersigned counsel, moves to extend the deadline for answering the Complaint for a period of eleven (11) days to and including November 18, 2005. This is the third request for an extension by the United States to answer. The grounds for this motion are Government counsel has not received the IRS' administrative file which is necessary to prepare a meaningful answer. Additionally, the parties have conferred and exchanged information prior to the filing of an answer in order to narrow the issues in dispute. Government counsel has spoken to counsel for the Plaintiff who has assented to the granting of this motion.

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Stephen J. Turanchik
    _____
    STEPHEN J. TURANCHIK
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 307-6565
    stephen.j.turanchik@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Assented to Motion to Extend Time to Answer has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 7th day of November:

      Peter Winslow
      Scribner, Hall & Thompson LLP
      1875 Eye Street, NW
      Washington, DC 20006

      John A. Lacaire
      Biack, Cetkovic & Whitestone
      200 Berkley Street, Floor 16
      Boston, MA 02116

      /s/ Stephen J. Turanchik

      STEPHEN J. TURANCHIK
      Trial Attorney, Tax Division
      U.S. Department of Justice
      Post Office Box 55
      Ben Franklin Station
      Washington, D.C. 20044
      Telephone: (202) 307-6565