UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Case No. 05-11048-RCL |

## CERTIFICATE OF COMPLIANCE

We hereby certify that we have complied with the Court's order to confer with a view to establishing a budget for the costs of conducting the full course – and alternative courses – for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____   Dated: 1-3-2006
GARY OSTROW
V.P. and Director of Corporate Taxation
Liberty Mutual Insurance Co.
175 Berkeley Street
Boston, MA 02117
(617)574-5585

_____   Dated: 1/4/06
PETER H. WINSLOW
Scribner, Hall & Thompson LLP
1875 Eye Street, N.W., Ste. 1050
Washington, D.C. 20006
(202) 331-8585