IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:05-11048-RCL |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:05-11049-RCL |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Karen Wozniak, Trial Attorney, Tax Division, U.S.

Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C., 20044, as

-1-

attorney for the United States in the above-captioned proceeding.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                      /s/ *Karen Wozniak*
                                      KAREN WOZNIAK
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      Post Office Box 55
                                      Ben Franklin Station
                                      Washington, D.C. 20044
                                      Telephone: (202) 307-1927
                                      E-mail: karen.e.wozniak@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Appearance has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 11th day of August, 2006:

>Peter H. Winslow
>Gregory K. Oyler
>Samuel A. Mitchell
>Scribner, Hall & Thompson LLP
>1875 Eye Street, NW
>Washington, DC 20006
>
>John A. Lacaire
>Biack, Cetkovic & Whitestone
>200 Berkley Street, Floor 16
>Boston, MA 02116

>/s/ *Karen Wozniak*
>KAREN WOZNIAK
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 307-1927
>E-mail: karen.e.wozniak@usdoj.gov