REVISED CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that the foregoing Plaintiffs' Opposition to Defendant's Request to Extend Time to Complete Discovery (the "Opposition") filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). However, through inadvertence the Opposition was not served via overnight mail as stated in the original certificate of service. It is hereby certified that the Opposition was served via overnight mail on August 17th to the following address:

           Karen Wozniak
           Trial Attorney, Tax Division
           U.S. Department of Justice
           555 Fourth Street, N.W.
           Room 7816
           Washington DC, 20001

           /s/ *Peter H. Winslow*
           Scribner, Hall & Thompson LLP
           1875 Eye Street, N.W., Ste. 1050
           Washington, D.C. 20006
           Telephone: (202) 331-8585
           E-mail: pwinslow@scribnerhall.com
           Counsel for the plaintiff
           Admitted pro hac vice