UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE <br> COMPANY AND SUBSIDIARIES, <br> <br> Plaintiff, <br> <br> v. <br> <br> UNITED STATES OF AMERICA, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Cnsl. Cv. No. 1:05-cv-11048-RCL |

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE <br> COMPANY AND SUBSIDIARIES, <br> <br> Plaintiff, <br> <br> v. <br> <br> UNITED STATES OF AMERICA, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Former Cv. No. 1:05-cv-11049-RCL |

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, plaintiffs Liberty Mutual Insurance Company and Subsidiaries and Liberty Mutual Fire Insurance Company and Subsidiaries hereby move the Court to enter an order granting summary judgment with respect to the issues raised in their Complaints in paragraphs 48, on the grounds that there is no issue as to any material fact and plaintiffs are entitled to judgment as a matter of law. In support of their motion, plaintiffs rely on the pleadings, the attached Plaintiffs' Memorandum in Support of Motion for Summary Judgment, Appendix A to Plaintiffs' Memorandum in Support of Motion

for Summary Judgment, Plaintiffs' Statement of Undisputed Material Facts of Record, and supporting Declarations of James W. Kress and Roy K. Morell.

For the foregoing reasons and for the reasons stated in the accompanying Memorandum, plaintiffs respectfully request that they may be granted summary judgment.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request that a hearing be held on their motion.

Respectfully submitted:

/s/ *Peter H. Winslow*                                              Dated:  September 29, 2006
PETER H. WINSLOW
Scribner, Hall & Thompson LLP
1875 Eye Street, N.W., Ste. 1050
Washington, D.C.  20006
Telephone: (202) 331-8585
E-mail: pwinslow@scribnerhall.com
Counsel for the plaintiff
Admitted pro hac vice

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing Plaintiffs' Motion for Summary Judgment, together with the attached Plaintiffs' Memorandum in Support of Motion for Summary Judgment, Appendix A to Plaintiffs' Memorandum in Support of Motion for Summary Judgment, Plaintiffs' Statement of Undisputed Material Facts of Record, and supporting Declarations of James W. Kress and Roy K. Morell, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the following via overnight mail on this 29th day of September 2006:

.
        Karen Wozniak
        Trial Attorney, Tax Division
        U.S. Department of Justice
        555 Fourth Street, N.W.
        Room 7816
        Washington, D.C. 20001

        */s/ Peter H. Winslow*
        PETER H. WINSLOW
        Scribner, Hall & Thompson LLP
        1875 Eye Street, N.W., Ste. 1050
        Washington, D.C.  20006
        Telephone: (202) 331-8585
        E-mail: pwinslow@scribnerhall.com
        Counsel for the plaintiff
        Admitted pro hac vice