UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Cnsl. Cv. No. 1:05-cv-11048-RCL |

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND SUBSIDIARIES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Former Cv. No. 1:05-cv-11049-RCL |

<u>DECLARATION OF ROY K. MORELL</u>

I, Roy K. Morell, hereby declare as follows:

1. I have been employed by Liberty Mutual Insurance Company since 1972 and in the Actuarial Department since 1973. My duties have included actuarial analysis of loss reserves and other responsibilities. My current position is Vice President and Chief Actuary.

1

2. Salvage is property that an insurance company becomes entitled to when it pays a claimant's loss. An example of salvage is a totaled automobile.

3. Subrogation is the right an insurance company obtains on payment of a claimant's loss to pursue the claimant's remedies against third parties. An example of subrogation is an insurance company's claim against the insurance company of the driver who was at fault in an automobile accident. (Hereinafter, salvage and subrogation are referred to as "salvage.")

4. The 1989 and 1990 Annual Statements of Liberty Companies reflected some estimated salvage, but not all, depending on the line of business and the type of unpaid loss reserve.

5. Lines of business and loss reserves for which Liberty Companies reflected estimated salvage recoverable on their Annual Statements collectively are referred to herein as Net Lines because the estimated salvage recoverable reduced their unpaid loss reserves and thus their losses incurred reported on the Annual Statements. At year-end 1989 and 1990, Liberty Companies had certain estimated salvage which had reduced its unpaid loss reserves and losses incurred on Net Lines on their Annual Statements.

6. Lines of business and reserves for which Liberty Companies did not reflect estimated salvage recoverable on their Annual Statements collectively are referred to herein as Gross Lines because the unpaid loss reserves were reported gross of estimated salvage recoverable. At year-end 1989 and 1990, Liberty Companies had additional estimated salvage on Gross Lines which had not reduced losses incurred or otherwise been taken into account on their Annual Statements.

7. The relevant year-end 1989 and 1990 undiscounted estimated salvage amounts of Liberty Companies were as follows:

| UNDISCOUNTED SALVAGE | 12/31/89 | | 12/31/90 |
|---|---|---|---|
| | Net Lines | Gross Lines | Net Lines |
| Liberty Mutual Ins. Co. | 231,389,202 | 65,179,800 | 245,157,226 |
| Liberty Mutual Fire Ins. Co. | 25,126,347 | 7,242,200 | 26,646,000 |
| Liberty Companies total | 256,515,549 | 72,422,000 | 271,803,226 |

8. On their 1991 Annual Statements, filed on or before March 17, 1992, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Insurance Company disclosed the amounts of year-end 1990 and 1991 estimated salvage on Net Lines. A copy of the relevant portions of these Annual Statements is attached to this Declaration as Attachment Morell-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2006.


_____
Roy K. Morell

FORM 2

# ANNUAL STATEMENT

OF THE

# LIBERTY MUTUAL INSURANCE COMPANY

OF

BOSTON

IN THE STATE OF

MASSACHUSETTS

TO THE

Commissioner of Insurance

OF THE

STATE OF

FOR THE YEAR ENDED
DECEMBER 31, 1991

FIRE AND CASUALTY

**1991**

ATTACHMENT MORELL - 1

# NOTES TO FINANCIAL STATEMENTS

**17. Salvage and Subrogation**

The Company's case reserves for loss and loss adjustment expenses are not reduced for anticipated recoveries of salvage and subrogation. Salvage and subrogation received in cash is reflected as a reduction of paid losses upon receipt. However, the historical paid losses used in developing bulk reserves are net of salvage and subrogation received. As a result, reserves for loss and loss adjustment expenses as reported in Schedule P — ANALYSIS OF LOSSES AND LOSS EXPENSES, Part 3A — UNDERWRITING AND INVESTMENT EXHIBIT, and on Page 3 — LIABILITIES, SURPLUS AND OTHER FUNDS, lines #1 and #2, which include bulk reserves, are net of anticipated recoveries of salvage and subrogation at December 31, 1991 and 1990 as follows:

Net Anticipated Salvage and Subrogation as of 12/91
Accident Year (+000)

| Line | Prior | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOMEOWNERS | 0 | 0 | 0 | 19 | 41 | 122 | 207 | 575 | 1,140 | 1,260 | 1,904 | 5,268 |
| PRIVATE PASSENGER AUTO LIABILITY | 0 | 4 | 8 | 38 | 141 | 330 | 622 | 1,126 | 3,254 | 7,026 | 12,068 | 24,617 |
| COMMERCIAL AUTO LIABILITY | 0 | 13 | 163 | 51 | 120 | 329 | 434 | 1,553 | 2,257 | 3,773 | 3,096 | 11,789 |
| WORKERS COMPENSATION | 1,466 | 355 | 645 | 1,282 | 3,238 | 10,066 | 21,309 | 29,223 | 37,897 | 39,227 | 45,677 | 190,385 |
| COMMERCIAL MULTIPLE-PERIL | 0 | 0 | 0 | 59 | 111 | 256 | 346 | 944 | 1,461 | 1,823 | 1,599 | 6,599 |
| SPECIAL LIABILITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 37 | 41 |
| OTHER LIABILITY | 0 | 0 | 0 | 0 | 126 | 268 | 185 | 381 | 502 | 346 | 167 | 1,975 |
| SPECIAL PROPERTY | 0 | 0 | 0 | 2 | 19 | 66 | 154 | 412 | 355 | 447 | 980 | 2,435 |
| AUTO PHYSICAL DAMAGE | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 284 | 1,410 | 3,708 | 6,502 | 11,938 |
| FIDELTY/SURETY | 0 | 0 | 0 | 4 | 132 | 24 | 51 | 40 | 29 | 20 | 0 | 300 |
| PRODUCT LIABILITY | 0 | 0 | 0 | 0 | 95 | 42 | 87 | 146 | 248 | 34 | 189 | 841 |
| TOTAL | 1,466 | 372 | 816 | 1,453 | 4,023 | 11,503 | 23,429 | 34,684 | 48,556 | 57,665 | 72,219 | 256,188 |

Net Anticipated Salvage and Subrogation as of 12/90
Accident Year (+000)

| Line | Prior | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOMEOWNERS | 42 | 0 | 36 | 55 | 47 | 149 | 556 | 974 | 1,570 | 1,805 | 5,234 |
| PRIVATE PASSENGER AUTO LIABILITY | 28 | 26 | 45 | 76 | 406 | 501 | 963 | 2,385 | 5,604 | 8,800 | 18,834 |
| COMMERCIAL AUTO LIABILITY | 16 | 13 | 180 | 57 | 163 | 517 | 552 | 2,208 | 2,595 | 3,204 | 9,505 |
| WORKERS COMPENSATION | 2,624 | 268 | 1,001 | 1,769 | 5,361 | 13,570 | 27,648 | 34,700 | 38,278 | 30,776 | 155,995 |
| COMMERCIAL MULTIPLE-PERIL | 8 | 0 | 26 | 136 | 146 | 517 | 674 | 1,382 | 2,072 | 2,442 | 7,403 |
| SPECIAL LIABILITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 3 | 4 | 14 |
| OTHER LIABILITY | 101 | 0 | 0 | 0 | 182 | 269 | 282 | 456 | 599 | 394 | 2,283 |
| SPECIAL PROPERTY | 30 | 0 | 4 | 4 | 41 | 129 | 490 | 475 | 548 | 680 | 2,401 |
| AUTO PHYSICAL DAMAGE | 0 | 371 | 244 | 189 | 180 | 25 | 298 | 1,548 | 5,001 | 12,734 | 20,590 |
| FIDELTY/SURETY | 15 | 0 | 0 | 29 | 135 | 32 | 54 | 72 | 46 | 24 | 407 |
| PRODUCT LIABILITY | 242 | 0 | 0 | 44 | 173 | 84 | 125 | 190 | 265 | 38 | 1,161 |
| TOTAL | 3,106 | 678 | 1,536 | 2,359 | 6,834 | 15,793 | 31,642 | 44,397 | 56,581 | 60,901 | 223,827 |

The amounts of anticipated salvage and subrogation reported above include, where information was available or estimable, anticipated salvage and subrogation reflected in the Company's loss and loss adjustment expense reserves assumed from various involuntary pools and associations.

**18. Financial Guaranty Insurance Exposures**

The Company has no financial guaranty insurance exposure.

**19. Interest Rate Swap Contracts**

The Company has not entered into any interest rate swap arrangements.

**20. Asset Transfers with Put Options**

The Company has not entered into any asset transfers with put options.

**21. Direct Premium Written by Managing General Agents/Third Party Administrators**

The Company has no premiums written through managing general agents or third party administrators.

**22. Gain or Loss for Uninsured A & H Plans and the Uninsured Portion of Partially Insured Plans**

The Company has not experienced any gain or loss from uninsured accident and health plans or from the uninsured portion of partially insured plans.

**23. Subsequent Events**

The Company is not aware of any events occurring subsequent to December 31, 1991, which would have a material effect on the financial position of the Company.

**24. Other Items**

Financial figures in this statement have been rounded to the nearest whole dollar.

FORM 2

# ANNUAL STATEMENT

OF THE

# LIBERTY MUTUAL FIRE INSURANCE COMPANY

OF

## BOSTON

IN THE STATE OF

## MASSACHUSETTS

TO THE

## Commissioner of Insurance

OF THE

## STATE OF

FOR THE YEAR ENDED
DECEMBER 31, 1991

FIRE AND CASUALTY

**1991**

1991

18.1
Form 2

18.1
Form 2

# NOTES TO FINANCIAL STATEMENTS

**13. Structured Settlements**

a. The Company has not purchased annuities under which it is both owner and payee.

b. The Company has purchased annuities from life insurance companies, where the company is the owner and the claimant is the payee. The amount of contingent liability by life insurer is as follows at December 31, 1991:

| LIFE INSURANCE COMPANY AND LOCATION | LOSS RESERVES ELIMINATED BY ANNUITIES |
|---|---|
| Liberty Life Assurance Company of Boston, Boston, Ma. | $21,500,960 |
| All Other | $85,234 |
| TOTAL | $21,586,194 |

**14. Uncollectible Reinsurance**

The Company has not charged-off to earnings any reinsurance balances because of uncollectibility.

**15. Commutation of Ceded Reinsurance**

The Company has not commuted any reinsurance agreements.

**16. Discounting of Liabilities for Unpaid Losses or Unpaid Loss Adjustment Expenses**

The Company does not discount its liabilities for unpaid losses and unpaid loss adjustment expenses other than tabular discounting on the long-term annuity portion of certain workers' compensation claims as permitted by insurance regulations in certain states. The tabular discounting on these workers' compensation claims is based upon Unit Statistical Plan tables as approved by the respective states and generally approximates 3.5%. The December 31, 1991 liabilities include $158,304,559 of liabilities at a discounted value of $96,694,527.

**17. Salvage and Subrogation**

The Company's case reserves for loss and loss adjustment expenses are not reduced for anticipated recoveries of salvage and subrogation. Salvage and subrogation received in cash is reflected as a reduction of paid losses upon receipt. However, the historical paid losses used in developing bulk reserves are net of salvage and subrogation received. As a result, reserves for loss and loss adjustment expenses as reported in Schedule P — ANALYSIS OF LOSSES AND LOSS EXPENSES, Part 3A — UNDERWRITING AND INVESTMENT EXHIBIT, and on Page 3 — LIABILITIES, SURPLUS AND OTHER FUNDS, lines #1 and #2, which include bulk reserves, are net of anticipated recoveries of salvage and subrogation at December 31, 1991 and 1990 as follows:

Net Anticipated Salvage and Subrogation as of 12/91
Accident Year (+000)

| Line | Prior | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOMEOWNERS | 0 | 0 | 0 | 2 | 5 | 14 | 24 | 69 | 136 | 150 | 227 | 627 |
| PRIVATE PASSENGER AUTO LIABILITY | 0 | 0 | 1 | 5 | 17 | 39 | 74 | 134 | 388 | 836 | 1,437 | 2,931 |
| COMMERCIAL AUTO LIABILITY | 0 | 2 | 19 | 6 | 14 | 39 | 52 | 185 | 269 | 449 | 368 | 1,403 |
| WORKERS COMPENSATION | 175 | 42 | 77 | 153 | 386 | 1,198 | 2,537 | 3,479 | 4,511 | 4,670 | 5,437 | 22,665 |
| COMMERCIAL MUTILPLE-PERIL | 0 | 0 | 0 | 7 | 13 | 31 | 41 | 112 | 174 | 217 | 191 | 786 |
| SPECIAL LIABILITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 |
| OTHER LIABILITY | 0 | 0 | 0 | 0 | 15 | 32 | 22 | 45 | 60 | 41 | 20 | 235 |
| SPECIAL PROPERTY | 0 | 0 | 0 | 0 | 2 | 8 | 19 | 49 | 42 | 53 | 117 | 290 |
| AUTOMOBILE PHYSICAL DAMAGE | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 34 | 168 | 441 | 774 | 1,421 |
| FIDELITY/SURETY | 0 | 0 | 0 | 0 | 16 | 3 | 6 | 5 | 3 | 3 | 0 | 36 |
| PRODUCT LIABILITY | 0 | 0 | 0 | 0 | 11 | 5 | 10 | 17 | 30 | 5 | 22 | 100 |
| TOTAL | 175 | 44 | 97 | 173 | 479 | 1,369 | 2,789 | 4,129 | 5,781 | 6,865 | 8,598 | 30,499 |

Net Anticipated Salvage and Subrogation as of 12/90
Accident Year (+000)

| Line | Prior | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOMEOWNERS | 5 | 0 | 4 | 7 | 5 | 18 | 66 | 116 | 187 | 215 | 623 |
| PRIVATE PASSENGER AUTO LIABILITY | 3 | 3 | 5 | 9 | 48 | 60 | 115 | 284 | 667 | 1,048 | 2,242 |
| COMMERCIAL AUTO LIABILITY | 2 | 2 | 21 | 7 | 19 | 62 | 66 | 263 | 309 | 381 | 1,132 |
| WORKERS COMPENSATION | 312 | 32 | 119 | 211 | 638 | 1,616 | 3,291 | 4,131 | 4,557 | 3,664 | 18,571 |
| COMMERCIAL MUTILPLE-PERIL | 1 | 0 | 3 | 16 | 17 | 61 | 80 | 165 | 247 | 291 | 881 |
| SPECIAL LIABILITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 2 |
| OTHER LIABILITY | 12 | 0 | 0 | 0 | 22 | 32 | 34 | 54 | 71 | 47 | 272 |
| SPECIAL PROPERTY | 4 | 0 | 1 | 1 | 5 | 15 | 58 | 56 | 65 | 81 | 286 |
| AUTOMOBILE PHYSICAL DAMAGE | 0 | 44 | 29 | 23 | 21 | 3 | 36 | 184 | 596 | 1,516 | 2,452 |
| FIDELITY/SURETY | 2 | 0 | 0 | 3 | 16 | 4 | 6 | 8 | 5 | 3 | 47 |
| PRODUCT LIABILITY | 29 | 0 | 0 | 5 | 21 | 10 | 15 | 23 | 31 | 4 | 138 |
| TOTAL | 370 | 81 | 182 | 282 | 812 | 1,881 | 3,767 | 5,285 | 6,735 | 7,251 | 26,646 |

The amounts of anticipated salvage and subrogation reported above include, where information was available or estimable, anticipated salvage and subrogation reflected in the Company's loss and loss adjustment expense reserves assumed from various involuntary pools and associations.

FORM 2

# ANNUAL STATEMENT

OF THE

# LIBERTY INSURANCE CORPORATION

OF

SOUTH BURLINGTON

IN THE STATE OF

VERMONT

TO THE

Commissioner of Insurance

OF THE

STATE OF

FOR THE YEAR ENDED
DECEMBER 31, 1991

R. SYKE

FIRE AND CASUALTY

**1991**

Case 1:05-cv-11048-RCL    Document 26    Filed 09/29/2006    Page 10 of 10

18.1
Form 2

18.1
Form 2

ANNUAL STATEMENT FOR THE YEAR 1991 OF THE LIBERTY INSURANCE CORPORATION

# NOTES TO FINANCIAL STATEMENTS

10. Ceded or Assumed Unpaid Losses and Loss Adjustment Expenses

   a. The Company has no ceded reinsurance transactions involving loss reserve portfolio transfers.

   b. The Company has no assumed reinsurance transactions involving loss reserve portfolio transfers.

11. Unsecured Reinsurance Recoverables

   There are no unsecured reinsurance recoverables with an individual reinsurer that exceeds 3% of policyholders' surplus other than amounts arising pursuant to the intercompany pooling arrangement described in note 4(f).

12. Reinsurance Recoverable in Dispute

   The Company has no reinsurance recoverable in dispute by reason of notification, arbitration or litigation.

13. Structured Settlements

   a. The Company has not purchased annuities under which it is both owner and payee.

   b. The Company has purchased annuities from life insurance companies where the company is the owner and the claimant is the payee. The amount of contingent liability by life insurer is as follows at December 31, 1991:

   | LIFE INSURANCE COMPANY AND LOCATION | LOSS RESERVES ELIMINATED BY ANNUITIES |
   |---|---|
   | Liberty Life Assurance Company of Boston, Boston, Ma. | $12,900,575 |
   | All Other | $51,141 |
   | TOTAL | $12,951,716 |

14. Uncollectible Reinsurance

   The Company has not charged-off to earnings any reinsurance balances because of uncollectibility.

15. Commutation of Ceded Reinsurance

   The Company has not commuted any reinsurance agreements.

16. Discounting of Liabilities for Unpaid Losses or Unpaid Loss Adjustment Expenses.

   The Company does not discount its liabilities for unpaid losses and unpaid loss adjustment expenses other than tabular discounting on the long-term annuity portion of certain workers' compensation claims as permitted by insurance regulations in certain states. The tabular discounting on these workers' compensation claims is based upon Unit Statistical Plan tables as approved by the respective states and generally approximates 3.5%. The December 31, 1991 liabilities include $94,982,736 of liabilities at a discounted value of $58,016,716.

17. Salvage and Subrogation

   The Company's case reserves for loss and loss adjustment expenses are not reduced for anticipated recoveries of salvage and subrogation. Salvage and subrogation received in cash is reflected as a reduction of paid losses upon receipt. However, the historical paid losses used in developing bulk reserves are net of salvage and subrogation received. As a result, reserves for loss and loss adjustment expenses as reported in Schedule P — ANALYSIS OF LOSSES AND LOSS EXPENSES, Part 3a — UNDERWRITING AND INVESTMENT EXHIBIT, and on Page 3 — LIABILITIES, SURPLUS AND OTHER FUNDS, lines #1 and #2, which include bulk reserves, are net of anticipated recoveries of salvage and subrogation at December 31, 1991 and 1990 as follows:

Net Anticipated Salvage and Subrogation as of 12/91
Accident Year (+000)

| Line | Prior | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOMEOWNERS | 0 | 0 | 0 | 1 | 3 | 9 | 14 | 41 | 82 | 90 | 136 | 376 |
| PRIVATE PASSENGER AUTO LIABILITY | 0 | 0 | 1 | 3 | 10 | 24 | 44 | 80 | 232 | 502 | 862 | 1758 |
| COMMERCIAL AUTO LIABILITY | 0 | 1 | 12 | 4 | 8 | 23 | 31 | 111 | 161 | 270 | 221 | 842 |
| WORKERS COMPENSATION | 105 | 26 | 45 | 92 | 231 | 719 | 1,522 | 2,087 | 2,707 | 2,802 | 3,263 | 13,599 |
| COMMERCIAL MULTIPLE-PERIL | 0 | 0 | 0 | 4 | 9 | 18 | 25 | 67 | 104 | 130 | 115 | 472 |
| SPECIAL LIABILITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 |
| OTHER LIABILITY | 0 | 0 | 0 | 0 | 9 | 19 | 13 | 27 | 36 | 25 | 12 | 141 |
| SPECIAL PROPERTY | 0 | 0 | 0 | 0 | 1 | 5 | 11 | 30 | 25 | 32 | 70 | 174 |
| AUTOMOBILE PHYSICAL DAMAGE | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 20 | 101 | 265 | 464 | 853 |
| FIDELITY/SURETY | 0 | 0 | 0 | 0 | 9 | 2 | 4 | 3 | 2 | 1 | 0 | 21 |
| PRODUCT LIABILITY | 0 | 0 | 0 | 0 | 7 | 3 | 6 | 11 | 18 | 2 | 13 | 60 |
| TOTAL | 105 | 27 | 58 | 104 | 287 | 822 | 1,673 | 2,477 | 3,468 | 4,119 | 5,159 | 18,299 |

Net Anticipated Salvage and Subrogation as of 12/90
Accident Year (+000)

| Line | Prior | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOMEOWNERS | 3 | 0 | 2 | 4 | 3 | 11 | 40 | 70 | 112 | 129 | 374 |
| PRIVATE PASSENGER AUTO LIABILITY | 2 | 2 | 3 | 5 | 29 | 36 | 69 | 170 | 400 | 629 | 1,345 |
| COMMERCIAL AUTO LIABILITY | 1 | 1 | 13 | 4 | 12 | 37 | 39 | 158 | 185 | 229 | 679 |
| WORKERS COMPENSATION | 187 | 19 | 72 | 126 | 383 | 969 | 1,975 | 2,479 | 2,734 | 2,199 | 11,143 |
| COMMERCIAL MULTIPLE-PERIL | 1 | 0 | 2 | 10 | 11 | 36 | 48 | 99 | 148 | 174 | 529 |
| SPECIAL LIABILITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| OTHER LIABILITY | 7 | 0 | 0 | 0 | 13 | 19 | 20 | 33 | 43 | 28 | 163 |
| SPECIAL PROPERTY | 2 | 0 | 0 | 0 | 3 | 9 | 35 | 34 | 39 | 49 | 171 |
| AUTOMOBILE PHYSICAL DAMAGE | 0 | 27 | 18 | 13 | 13 | 2 | 21 | 110 | 357 | 910 | 1,471 |
| FIDELITY/SURETY | 1 | 0 | 0 | 2 | 10 | 2 | 4 | 5 | 3 | 2 | 29 |
| PRODUCT LIABILITY | 17 | 0 | 0 | 3 | 12 | 6 | 9 | 14 | 19 | 3 | 83 |
| TOTAL | 221 | 49 | 110 | 167 | 489 | 1,127 | 2,260 | 3,173 | 4,040 | 4,352 | 15,988 |

The amounts of anticipated salvage and subrogation reported above include, where information was available or estimable, anticipated salvage and subrogation reflected in the Company's loss and loss adjustment expense reserves assumed from various involuntary pools and associations.