IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cnsl. Cv. No. 1:05-cv-11048-RCL |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Former Cv. No. 1:05-cv-11049-RCL |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

ORDER

    Upon consideration of Plaintiffs' Motion to Compel Production of Documents, the Court hereby Orders the Defendant, United States of America, immediately to produce all the documents requested in Nos. 6-9 of the Plaintiffs' First Request for Production of Documents dated August 25, 2006.

 

_____
Reginald C. Lindsay
United States District Court Judge