IN THE UNTIED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil No. 1:05-11048-RCL |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil No. 1:05-11049-RCL |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

### UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, the United States moves this Court to enter summary judgment denying plaintiffs' claim that they are entitled to the year-end gross-up adjustment provided in section 4.02 of Revenue Procedure 92-77 and their alternative claim that they are entitled to claim both the fresh start adjustment and the special deduction provided in section 11305 of the Revenue Reconciliation Act of 1990.

Request for Oral Argument

United States' requests that a hearing be held on its motion for summary judgment.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney


                                /s/ *Karen Wozniak*
                                KAREN WOZNIAK
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                Post Office Box 55
                                Ben Franklin Station
                                Washington, D.C. 20044
                                Telephone: (202) 307-1927
                                E-mail: karen.e.wozniak@usdoj.gov