UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LIBERTY MUTUAL INSURANCE              )
COMPANY AND SUBSIDIARIES,             )
                                      )
                    Plaintiff,        )
                                      )
            v.                        )        No. 1:05-cv-11048-RCL
                                      )
UNITED STATES OF AMERICA,             )
                                      )
                    Defendant.        )

_____

LIBERTY MUTUAL FIRE INSURANCE         )
COMPANY AND SUBSIDIARIES,             )
                                      )
                    Plaintiff,        )
                                      )
            v.                        )        No. 1:05-cv-11049-RCL
                                      )
UNITED STATES OF AMERICA,             )
                                      )
                    Defendant.        )

ORDER

Upon consideration of the plaintiffs' motion, the Court hereby strikes the Memorandum

of Law in Support of United States Motion for Summary Judgment and in Opposition to the

Plaintiffs' Motion for Summary Judgment, filed by the defendant on October 30, 2006.


Date:   _____          _____
                                  Reginald C. Lindsay
                                  United States District Court Judge