UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil No. 1:05-11048-RCL |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil No. 1:05-11049-RCL |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

PLAINTIFFS' REQUEST FOR LEAVE TO FILE A REPLY
TO UNITED STATES' IMPROPER MOTION TO FILE A REPLY BRIEF

In opposition to plaintiffs' Motion to Strike Defendant's brief, et al., defendant has moved the Court for permission to file another brief in the pending cross-motions for summary judgment. The motion is improper for several reasons, including counsel's failure to correctly style its request as a motion and her failure to consult under Rule 7.1. If the improper motion is accepted by the Court, plaintiffs respectfully request the opportunity to file a short reply to oppose the motion and to correct misleading and incorrect assertions made by defendant.

1

                                            Respectfully submitted,

| | |
|---|---|
| Date:  November 16, 2006 | /s/ *Peter H. Winslow*_____ |
| | Peter H. Winslow |
| | Admitted Pro Hac Vice |
| | 1875 Eye Street, NW, Ste. 1050 |
| | Washington, D.C.  20006 |
| | Tel: (202) 434-9162 |
| | Fax: (202) 331-2032 |
| | Attorney for Plaintiffs |