UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 FEB 28  A II: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Defendant. | Civil No. 05-11048 (RCL) |

NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Plaintiff, Liberty Mutual Insurance Company and subsidiaries, in the above entitled case.

Date: 2/27/07

Respectfully submitted
Liberty Mutual Ins. Co. & Subsidiaries
By its attorney,

Paul F. Lynch, BBO# 546011
Black & Bynoe
10 St. James Avenue, 9th Floor
Boston, MA 02116
(617) 357-9500

CERTIFICATE OF SERVICE

I, Paul F. Lynch, hereby certify that true copies of the foregoing notices were served upon the following attorney of record via First-Class Mail.

Stephen J. Turanchik, Esq.
U.S. Dept. of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

2007 FEB 28  A 11: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

Samuel A. Mitchell, Esq.
Scribner Hall & Thompson LLP
1875 Eye Street, N.W. Suite 1050
Washington, D.C. 20006

Date: 2/27/07

Paul F. Lynch