UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 FEB 28  A 11: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

LIBERTY MUTUAL INSURANCE )
COMPANY AND SUBSIDIARIES, )
                Plaintiff, )
 )
v. )   Civil No. 05-11048 (RCL)
 )
UNITED STATES OF AMERICA )
                Defendant. )
 )

NOTICE OF WITHDRAWAL

Please withdraw my appearance as attorney for the Plaintiff, Liberty Mutual Insurance Company and subsidiaries, in the above entitled case.

Respectfully submitted
Liberty Mutual Ins. Co. & Subsidiaries
By its attorney,

Date: 2/27/07

John A. Locaire
Black & Bynoe
10 St. James Avenue, 9th Floor
Boston, MA 02116
(617) 357-9500