UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY AND SUBSIDIARIES,<br><br>          Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil No. 1:05-cv-11048-RCL<br>)<br>)<br>)<br>) |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND SUBSIDIARIES,<br><br>          Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil No. 1:05-cv-11049-RCL<br>)<br>)<br>)<br>) |

AGREED MOTION

Pursuant to the suggestion of Magistrate Judge Joyce London Alexander the parties have agreed and hereby request that the Court continue the hearing on the plaintiffs' Motion to Compel Production of Documents (No. 27) from the current date April 20, 2007, to a date in June 2007. The parties prefer that the Court reschedule the hearing to take place on June 20, 2007, at 2:30 p.m. The parties request that the Court not

- 2 -

schedule the hearing to take place on June 21, 2007, due to the unavailability of counsel for the defendant on that date. In accordance with a communication from the Court, the parties understand that the continuance will apply only to the Motion to Compel Production of Documents, and that the hearing with respect to the Cross Motions for Summary Judgment (Nos. 21 and 31) shall take place on April 20, 2007, at 10:30 a.m. in Courtroom 24.

Counsel for the defendant has reviewed this motion and agrees.

Respectfully submitted,

Date: *April 18 2007*

_____
Peter H. Winslow
Scribner, Hall & Thompson, LLP
1875 Eye Street, NW, Ste.1050
Washington, D.C. 20006
Tel: (202) 434-9162
Fax: (202) 331-2032
Counsel for Plaintiffs
Admitted Pro Hac Vice

CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that the foregoing *Agreed Motion*, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the following via overnight mail on this 18th day of April 2007:

            Karen Wozniak
            Trial Attorney, Tax Division
            U.S. Department of Justice
            555 Fourth Street, N.W.
            Room 7816
            Washington, D.C. 20044

            /s/ Peter H. Winslow
            Peter H. Winslow
            Scribner, Hall & Thompson LLP
            1875 Eye Street, N.W., Ste. 1050
            Washington, D.C.  20006
            Telephone: (202) 331-8585
            E-mail: pwinslow@scribnerhall.com
            Counsel for the plaintiff
            Admitted pro hac vice

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE<br>COMPANY AND SUBSIDIARIES,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:05-cv-11048-RCL |
| LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY AND SUBSIDIARIES,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:05-cv-11049-RCL |

ORDER

Pursuant to an agreed motion of the plaintiffs, it is hereby ordered that the hearing on the plaintiffs' Motion to Compel Production of Documents (No. 27) is rescheduled and shall take place on June 20, 2007, at 2:30 p.m. in Court Room 24. The hearing on the parties' Cross Motions for Summary Judgment (Nos. 21 and 31) shall remain as previously scheduled and shall take place on April 20, 2007, at 10:30 a.m. in Court Room 24.

Date: _____

_____
United States Magistrate Judge